**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| KANE BROLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 3:25-cv-00258 |
| | ) | |
| v. | ) | |
| | ) | |
| KETTLER INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**STIPULATION FOR DISMISSAL**

Plaintiff, Kane Brolin, and Defendant, Kettler International, Inc., by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: August 5, 2025

NYE STIRLING, HALE,
MILLER, AND SWEET, LLP

By: *<u>/s/ Benjamin J. Sweet</u>*
Benjamin J. Sweet, Esq.
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, Pennsylvania 15228
Telephone: (412) 857-5350

*Attorney for Plaintiff*

DENTONS US LLP

By: *<u>/s/ Tiaundra M. Gordon-Foster</u>*
Tiaundra M. Gordon-Foster, Esq.
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 5th day of August, 2025.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet