UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KANE BROLIN,

Plaintiff,

v.

KETTLER INTERNATIONAL, INC.,

Defendant.

Case No. 3:25-CV-258-CCB-AZ

**ORDER**

Pursuant to the Stipulation to Dismiss (ECF 15) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice, each party bearing its own costs and attorneys' fees. The Clerk is **DIRECTED** to close this case.

SO ORDERED on August 6, 2025.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT